# Higbee & Associates

A NATIONAL LAW FIRM

Mathew Higbee: CA # 241380, MI # P73980, MN # 0388759, NV # 11158, OR # 106514, UT # 11133, WA # 42755, TX # 24076924,
IL # 6319929, OH #0094107
Ray Ngo: UT # 11936, NY # 4780706
Melissa Higbee: CA # 247998, AZ # 024644, UT # 11271, FL # 62465, PA # 322114, NJ # 030812012, TN # 034677
Virginia Kostmayer: CO # 45648
Naomi Sarega: CA # 306967, IN # 34182-49

## LETTER OF REPRESENTATION
## POWER OF ATTORNEY

RE: AGENCE FRANCE-PRESSE

To Whom It May Concern:

Please be advised that the Law Firm of Higbee & Associates has been retained by PicRights Ltd., PicRights Europe GmbH, and Agence France-Presse regarding a copyright infringement matter. As such, we have been appointed as attorney in fact with full power and authority in determining the validity of the above matter and assist in any negotiation, settlement, and payment. Any attorney, staff member or agent of Higbee & Associates is hereby authorized to discuss any effort to settle and resolve the above matter.

Effective immediately, all communication (mail, phone, electronic or otherwise) regarding the above matter must be forwarded to Higbee & Associates at:

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
(714) 617-8911 Telephone

Sincerely,

_Mathew Higbee_   _Ray Ngo_   _Melissa Clark_   _Virginia Kostmayer_   _Naomi Sarega_

The undersigned have retained Higbee & Associates and grant full power and authority as described above.

Date: January 11, 18

Client: Agence France-Presse   Signature: _____
Christophe Walter-Petit, General Counsel

Client: PicRights Ltd.   Signature: _____
Steve Pigeon, President

Client: PicRights Europe GmbH   Signature: _____
Alfred Höfinger, Managing Director

Corporate HQ 1504 Brookhollow Dr., Suite 112 Santa Ana, CA 92705
Phone (714) 617-8385  Fax (714) 617-8511  Web higbeeassociates.com

BBB RATING A