# Exhibit 1





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Agence France Presse)[ in Name Claimant  ]
Search Results: Displaying 373 of 449 entries



*Group Registration for an Automated Database Entitled: Image Forum Newswire...*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002129693 / 2015-05-07 |
| **Application Title:** | Group Registration for an Automated Database Entitled: Image Forum Newswire by Agence France Presse; Published and updated from January 1, 2015 through March 31, 2015. |
| **Title:** | Group Registration for an Automated Database Entitled: Image Forum Newswire by Agence France Presse; Published and updated from January 1, 2015 through March 31, 2015. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Agence France Presse. Address: 1500 K Street, N.W., Washington, DC, 20004, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-03-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Agence France Presse, employer for hire; Domicile: France; Citizenship: France. Authorship: photograph, text, Compilation. |
| **Pre-existing Material:** | photograph, text, third party material; previously published database. |
| **Basis of Claim:** | photograph, text, compilation. |
| **Rights and Permissions:** | Agence France Presse, 1500 K Street, N.W., Washington, DC, 20004, United States |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Registration extends only to the copyrightable materials (50 items) submitted from March 15, 2015. |
| **Names:** | Agence France Presse |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page