IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| American Hellenic Educational Progressive Association,<br><br>    Plaintiff,<br><br>v.<br><br>PicRights Ltd.<br>PicRights Europe GmbH<br>Agence France-Presse,<br><br>    Defendants. | Case No. 1:19-cv-01814-DAP<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to a Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own fees and cost.  The parties further stipulate that his Court will reserve jurisdiction to enforce the settlement between the parties.

Dated: January 10, 2020

| American Hellenic Educational Progressive Association | Agency France-Presse (AFP) |
|---|---|
| By: /John D. Gugliotta/ | By: /Matthew K. Higbee/ |
| John D. Gugliotta, Esq. (0062809)<br>Gugliotta & Gugliotta, LPA<br>P.O. Box 506<br>Richfield, OH  44286<br>(330) 253-2225 p<br>(330) 253-6658 f<br>johng@inventorshelp.com | Matthew K. Higbee, Esq.<br>Higbee & Associates<br>1504 Brookhollow Drive, Suite 112<br>Santa Ana, CA  92705<br>(714) 617-8385 p<br>(714) 617-8511 f<br>mhigbree@higbeeassociates.com |