IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| American Hellenic Educational Progressive Association, <br><br> Plaintiff, <br><br><br> PicRights Ltd. <br> PicRights Europe GmbH <br> Agence France-Presse, <br><br> Defendants. | Case No. 1:19-cv-01814-DAP <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to a Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own fees and cost.

Dated: January 13, 2020

| | |
|---|---|
| American Hellenic Educational Progressive Association | Agency France-Presse (AFP) |
| By: /John D. Gugliotta/ | By: /Matthew K. Higbee/ |
| John D. Gugliotta, Esq. (0062809) <br> Gugliotta & Gugliotta, LPA <br> P.O. Box 506 <br> Richfield, OH 44286 <br> (330) 253-2225 p <br> (330) 253-6658 f <br> johng@inventorshelp.com | Matthew K. Higbee, Esq. <br> Higbee & Associates <br> 1504 Brookhollow Drive, Suite 112 <br> Santa Ana, CA 92705 <br> (714) 617-8385 p <br> (714) 617-8511 f <br> mhigbree@higbeeassociates.com |

It is SO ORDERED.

*s/Dan Aaron Polster*   1/14/2020
United States District Judge